**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ASHLEY CLOUSER,<br><br>                Plaintiff,<br><br>        v.<br><br>VERIZON WIRELESS SERVICES, LLC, a foreign limited liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign for-profit corporation, TRANS UNION, LLC, a foreign limited liability company, and EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company,<br><br>                Defendants. | Civil Action No.: 8:22-cv-01764-CEH-JSS |

## <u>VERIZON WIRELESS SERVICES, LLC'S</u> <u>CERTIFICATE OF INTERESTED PERSONS AND</u> <u>CORPORATE DISCLOSURE STATEMENT</u>

Defendant Verizon Wireless Services, LLC ("Verizon"), by and through its undersigned counsel, hereby discloses the following pursuant to this Court's interested persons order:

**1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the**

**outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

- Verizon Wireless Services, LLC is a limited liability company whose sole member is Cellco Partnership d/b/a Verizon Wireless.  Cellco Partnership has four members: (1) Bell Atlantic Mobile Systems LLC, whose sole member is MCI Communications Services, Inc.; (2) GTE Wireless Services LLC, whose sole member is GTE LLC, whose members are (a) Verizon Ventures LLC, whose sole member is Verizon Communications Inc., (b) NYNEX LLC, whose sole member is Verizon Communications Inc., and (c) Verizon Communications Inc.; (3) Verizon Americas Inc.; and (4) GTE Wireless of the Midwest Incorporated.  Verizon further states that it is indirectly wholly owned by Verizon Communications Inc., as are the other foregoing companies.  Verizon Communications Inc. is a publicly held company; no publicly held company owns ten percent or more of Verizon Communications Inc.

- Experian Information Solutions, Inc. - Defendant

- Ashley Clouser - Plaintiff

- Jon P. Dubbeld, Aaron M. Swift, Jordan T. Isringhaus, Sean E. McEleny and Swift, Isringhaus & Dubbeld, P.A. – Counsel for Plaintiff

- Trans Union, LLC - Defendant

- Equifax Information Services, LLC - Defendant

- Armando P. Rubio and John P. Golden of Fields Howell LLP – Counsel for Verizon

- Michelle Hogan of Jones Day – Counsel for Experian

**2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

No additional entities known to Verizon at this time.

**3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

No additional entities known to Verizon at this time.

**4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Other than Plaintiff Verizon is unaware of any other alleged victim alleged to be entitled to restitution.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge

Case No.: 8:22-cv-01764-CEH-JSS

assigned to this case, and will immediately notify the Court in writing on learning of

any such conflict.

Dated: August 30, 2022

/s/*John P. Golden*
Armando P. Rubio
Florida Bar No.: 478539
John P. Golden
Florida Bar No. 112509
FIELDS HOWELL LLP
9155 S. Dadeland Blvd.
Suite 1012
Miami, Florida 33156
Telephone: 786.870.5613
Facsimile: 855.802.5821

Case No.: 8:22-cv-01764-CEH-JSS

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, the forgoing document was electronically served via the Court's CM/ECF system on counsel of record for all parties in accordance with the Federal Rules of Civil Procedure.


*/s/ John P. Golden*